UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HUSSEIN NAZZAL, AMNEH TAUBE,
MONA NAZZAL, G&S DEVELOPMENT, INC.,
ALTAR INVESTMENT, INC., NABATIEH
PROPERTIES, LLC, ZAYZAFON PROPERTY,
LLC, ZAIZYFON PROPERTIE, LLC, SATEAV
DEVELOPMENT AND INVESTMENT, LLC,
MARLA INVESTMENT, LLC, SATORI
CORPORATION, OASIS TRUST, 9949 E.
WARREN PROPERTY, LLC, WYOMING
PROPERTY, INC., ABRAHAM HOLDINGS,
LLC, NASSAR INVESTMENT, LLC, PLANET
PLAZA, LLC, SAMIR BAZZI, SOUHIB SALAME,
IVERSEN'S REAL ESTATE, LLC, WAYNE
COUNTY TREASURER, and OAKLAND
COUNTY TREASURER,

      Defendants.

Civil Case Number 13-14959
Misc. Case Number 13-51028
Honorable David M. Lawson

_____/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
CERTAIN PARTIES AND CLAIMS AND RELEASE CERTAIN
PROPERTIES FROM THE TERMS OF THE RESTRAINING ORDER**

This matter is before the Court on the government's unopposed motion for entry of an order dismissing its claims against certain defendants and releasing certain properties from the terms of the restraining order entered on June 27, 2013 in the related criminal case, *United States v. Nazzal*, No. 10-20392. The government represents that the parties which it proposes to remove from the case are (1) parties against whom the government has resolved its claims in full; (2) putative defendants that formally were named, but that are not associated with any real party in interest against whom the government intends to pursue its claims; or (3) parties whose interests no longer

are implicated by any claims raised in the complaint or the terms of the proposed consent judgment which the government intends to enter into with the remaining parties, in order fully to resolve the case. The government asserts that the properties it seeks to remove were the subject of earlier orders of the Court releasing or resolving all claims involving them, or that the properties have been found to have no value against which the government has any right to recover. No party filed any response to the government's motion, and the time for doing so has passed. The Court has reviewed the motion and finds that it ought to be granted.

Accordingly, it is **ORDERED** that the plaintiff's claims against the following defendants **ONLY** are **DISMISSED WITH PREJUDICE**: 9949 E. Warren Property, LLC; Wyoming Property, Inc.; 8820 Wyoming Property, LLC; Nasser Investment, LLC; Abraham Holdings, LLC; Planet Plaza, LLC; Samir Bazzi; Souhib Salame; Sohaib Salman; Hussein Jawad; Iversen's Real Estate, LLC; Wayne County Treasurer; and Oakland County Treasurer.

It is further **ORDERED** that the plaintiff's claims relating to the properties described in entries 3, 14, 15, 16, 17, and 18 **ONLY** of the table of properties attached to the complaint as Exhibit 2 [ECF Doc. #1-3] are **DISMISSED WITH PREJUDICE**. Those properties are released from the terms of the restraining order [dkt. #202] entered on June 27, 2013 in the related criminal proceeding, *United States v. Nazzal*, No. 10-20392 (Misc. No. 13-51028).

It is further **ORDERED** that upon entry of this order, the plaintiff forthwith shall prepare and submit discharges of *lis pendens* for recording with the applicable county registrars of deeds for the above-listed properties.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   January 14, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 14, 2015.

s/Susan Pinkowski
SUSAN PINKOWSKI
